IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY HOWARD JOHNSON,
Petitioner,
vs.
THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING; AND THE HONORABLE
JIM C. SHIRLEY, DISTRICT JUDGE,
Respondents.

No. 84669

**FILED**

JUL 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING PETITION

Petitioner's motion for withdrawal of this petition for writ of mandamus is granted. This petition is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Jim C. Shirley, District Judge
      Timothy Howard Johnson
      Attorney General/Carson City
      Clerk of the Court/Court Administrator

22-20939